# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 4, 2007

132372

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JIMMIE LEE WILLIAMS,
     Defendant-Appellant.

SC: 132372
COA: 272831
Kent CC: 97-005867-FC

_____/

     On order of the Court, the application for leave to appeal the October 18, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 4, 2007

_____
               Clerk

p1218